MARCUS LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Plaz Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHOENIX MERCY ARTHUR an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZ CORPORATION, a Domestic inclusive and Does 1-50 inclusive; and ROE CORPORATION., 1-50 inclusive;<br><br>Defendant. | Case No. 2:24-cv-1313-CDS-EJY<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEY** |

Lisa Spahitz a representative of Plaz Corporation, ("Defendant") hereby substitutes Marcus Lee Esq, of the law firm O'HAGAN MEYER PLLC, located at 300 S. 4th Street, Las Vegas, NV 89101, Phone 725-286-2801, as attorney of record.

DATED: January 11, 2025

_____
Lisa Spahitz
on behalf of Plaz Corporation

I consent to the above substitution.

DATED: January 9, 2025

/s/Travis Atkin
_____
On behalf of J.K. Nelson Law, LLC, Counsel for Defendant[1]

---

[1] Attorney of record, Jonathan K. Nelson, Esq., is presently out of the country and is not able to sign this stipulation. Travis Atkin, a licensed attorney at the firm J.K. Nelson Law, LLC, approved the filing of this stipulation on Mr. Nelson's behalf.

1  I am duly admitted to practice in this District.
2  Above substitution is accepted.
3  DATED: January 9th, 2025                                    /s/ Marcus Lee
4                                                              Representative of O'Hagan Meyer PLLC
5
6  Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
7
8                                                              IT IS SO ORDERED.
9
10
11                                                             [signature]
12                                                             UNITED STATES MAGISTRATE JUDGE
13                                                             Date: January 15, 2025

2
#5624366v1