**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
Email: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHOENIX MERCY ARTHUR, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> PLAZ CORPORATION, a Domestic Corporation; and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-1313 <br><br> **SUBSTITUTION OF ATTORNEY** |

Plaintiff, Phoenix Mercy Arthur, hereby substitutes Dana Sniegocki, Esq., of the law firm HKM EMPLOYMENT ATTORNEYS, located at 101 Convention Center Drive, Suite 600, Las Vegas, NV 89109, phone number 702-577-3029, as attorney of record in placed and stead of Sara I. Schreiber, Esq.

DATED: Feb 27, 2025                     *Phoenix Mercy Arthur*
                                         Phoenix Mercy Arthur (Feb 27, 2025 12:07 PST)
                                         Phoenix Mercy Arthur

I consent to the above substitution.

DATED: February 28, 2025                 __/s/ Sara I. Schreiber___
                                         Sara I. Schreiber, Esq.

Page **1** of **3**

1. I am duly admitted to practice in this District.

2. Above substitution is accepted.

DATED: February 28, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Dana Sniegocki_
　　　　　　　　　　　　　　　　　　　　　　　　Dana Sniegocki, Esq.

Please Check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2025