MARCUS LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorney for Plaz Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHOENIX MERCY ARTHUR an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZ CORPORATION, a Domestic inclusive and Does 1-50 inclusive; and ROE CORPORATION., 1-50 inclusive;<br><br>Defendant. | Case No. 2:24-cv-1313-CDS-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT AT (ECF No. 7)** |

Defendant Plaz Corporation and Plaintiff Phoenix Mercy Arthur, by and through their counsel of record, stipulate to set aside the Clerk's entry of default (ECF No. 7) on September 24, 2025, based on the following:

On July 19, 2024, Plaintiff filed her complaint in this Court. *See* ECF No. 1. Based on the lack of responsive pleading, Plaintiff requested a clerk's entry of default. *See* ECF No. 6. On September 24, 2025, the Clerk entered default against Defendant. *See* ECF No. 7. Plaintiff subsequently filed a motion for default judgment, which the parties fully briefed. *See generally* ECF Nos. 8-10. On June 16, 2025, the Court denied Plaintiff's motion for default judgment without prejudice. *See* ECF No. 16.

In light of the Court's order denying Plaintiff's motion for default judgment, the parties stipulate and agree to set aside the Clerk's entry of default at ECF No. 7. Accordingly, the parties respectfully request that this Court set aside the Clerk's entry of default at ECF No. 7 and

order that Defendant file a responsive pleading to Plaintiff's complaint within 14 days of entry of this order.

Dated 23rd day of June 2025

**HKM Employment Attorneys, LLP**

*/s/ Dana Sniegocki*

Dana Sniegocki, Esq.
Nevada Bar No. 11715
101 Convention Center Drive
Suite 600
Las Vegas, NV 89109

*Attorney for Plaintiff*

Dated 23rd day of June 2025

**O'Hagan Meyer PLLC**

*/s/ Marcus Lee*

Marcus J. Lee
Nevada Bar No. 15769
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorney for Plaz Corporation*

## ORDER

For good cause shown, the Court **GRANTS** the parties' stipulation and sets aside the Clerk's entry of default at ECF No. 7. Accordingly, Defendant Plaz Corporation must file a responsive pleading to Plaintiff's Complaint (ECF No.) within 14 days of entry of this Order.

IT IS SO ORDERED.

Dated:   June 23, 2025

_____
Elayna J. Youchah
United States Magistrate Judge