MARCUS LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
JORGE "COCO" PADILLA (Nevada Bar No. 16295)
E: JPadilla@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Plaz Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHOENIX MERCY ARTHUR an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZ CORPORATION, a Domestic inclusive and Does 1-50 inclusive; and ROE CORPORATION., 1-50 inclusive;<br><br>Defendant. | Case No. 2:24- cv -1313-CDS-EJY<br><br>**Stipulation for Substitution of Counsel** |

Lisa Spahitz a representative of Plaz Corporation, ("Defendant") hereby substitutes Jonathan K. Nelson, Esq. of the law firm J.K. Nelson Law, LLC, located at 41 N. Hwy 160, Suite 8, Pahrump, NV 89060, Phone: 775-727-9900, as attorney of record.

DATED: November 7, 2025                              __/s/ Lisa Spahitz_____
                                                                                    Lisa Spahitz
                                                                                    on behalf of Plaz Corporation

I consent to the above substitution.

DATED: October 16, 2025                               __/s/Coco Padilla_____
                                                                                    On behalf of O'Hagan Meyer PLLC counsel for Defendant

I am duly admitted to practice in this District.

Above substitution is accepted.

DATED: November 8, 2025          ___/s/___Jonathan K. Nelson_____

                                 Representative of J.K. Nelson Law, LLC

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

                IT IS SO ORDERED.

                DATED:  November 10, 2025

                _____
                UNITED STATES MAGISTRATE JUDGE